UNITED STATES of America, Plaintiff–Appellee,

v.

Juan CORRALEJO–MONTOYA, also known as Omar Antonio Corralejo–Montoya, Defendant–Appellant.

No. 06–51059
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

March 7, 2007.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Juan Corralejo–Montoya raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

